NUMBER 13-09-00513-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.

D/B/A VALLEY REGIONAL MEDICAL CENTER

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam (1)



 On September 4, 2009, relator, Columbia Valley Healthcare System, L.P. d/b/a
Valley Regional Medical Center, filed a petition for writ of mandamus. Relator has now
filed a motion to dismiss this original proceeding. According to the motion to dismiss, the
parties have compromised and settled their differences. 

 The Court, having considered the documents on file and relator's motion to dismiss
this original proceeding, is of the opinion that the motion should be granted. Accordingly,
this original proceeding is DISMISSED without reference to the merits thereof. Pending
motions, if any, are likewise DISMISSED.

 IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the

31st day of March, 2010.









1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).